1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3695

7 | Facsimile:  (510) 637-3724
E-Mail:    Trevor.Rusin@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,      )
                                 ) No. CR-06-00580 CW
14 |         Plaintiff,            )
                                 ) Petition to Revoke Supervised Release
15 |     v.                       )
                                 )
16 | ABSALON RODRIGUEZ-REYES,     )
                                 )
17 |                              ) (Oakland Venue)
                                 )
18 |         Defendant.           )
    _____ )
19

20 | UNITED STATES OF AMERICA,      )
                                 )
21 |         Plaintiff,            ) No. CR-10-00020 CW
                                 )
22 |     v.                       ) Indictment Filed January 7, 2010
                                 )
23 | ABSALON RODRIGUEZ-REYES,     )
                                 ) ORDER EXCLUDING
24 |                              ) TIME FROM MAY 5, 2010, TO
                                 ) MAY 27, 2010, FROM SPEEDY TRIAL
25 |                              ) ACT CALCULATION (18 U.S.C. §
                                 ) 3161(h)(7)(A) and (B))
26 |                              )
            Defendant.           )
27 | _____ ) (Oakland Venue)

28

Defendant Absalon Rodriguez Reyes appeared for a status hearing on the related

ORDER TO EXCLUDE TIME

cases captioned above on May 5, 2010.  At that time counsel for the defendant indicated he would need time both to review materials and to meet with his client.  The Court set an appearance date of May 27, 2010, at 9:30 a.m. before the Hon. Laurel Beeler.  The Court then ordered that time should be excluded from the Speedy Trial Act calculation from May 5, 2010, through May 27, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from May 5, 2010, through May 27, 2010. The parties agreed, and the Court found and held, as follows:

    1.    The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with his client and review discovery, taking into account the exercise of due diligence.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from May 5, 2010, to May 27, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense to effectively prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

    3.    Accordingly, with the consent of defendant's attorney, the Court ordered that the period from May 5, 2010, to May 27, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED:  5/10/2010

HON. DONNA M. RYU
United States Magistrate Judge

GRANTED
Judge Donna M. Ryu

ORDER TO EXCLUDE TIME