JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3695
   Facsimile:  (510) 637-3724
   E-Mail:    Trevor.Rusin@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00580 CW |
| Plaintiff, | |
| | Petition to Revoke Supervised Release |
| v. | |
| ABSALON RODRIGUEZ-REYES, | |
| | (Oakland Venue) |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR-10-00020 CW |
| v. | Indictment Filed January 7, 2010 |
| ABSALON RODRIGUEZ-REYES, | |
| | ORDER EXCLUDING TIME FROM JULY 26, 2010, TO AUGUST 26, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
| Defendant. | |
| | (Oakland Venue) |

[*United States* v. *Rodriguez-Reyes*, CR 10-00020 CW]
ORDER TO EXCLUDE TIME

1   For the reasons stated in open court and to which the parties stipulated on July 26,
2   2010, the Court ordered time excluded under the Speedy Trial Act from July 26, 2010, to August
3   26, 2010, for continuity of counsel and to allow defense counsel to investigate the matter and
4   additional legal issues.  The Court found that (A) failure to grant the continuance would
5   unreasonably deny the defendant the reasonable time necessary for effective preparation and
6   review of discovery, taking into account the exercise of due diligence, and (B) the ends of
7   justice served by the continuance outweigh the best interests of the public and the defendant in a
8   speedy trial.  See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

10   IT IS SO ORDERED.

12   DATED:  7/27/2010

_____
HON. DONNA M. RYU
United States Magistrate Judge

[*United States* v. *Rodriguez-Reyes*, CR 10-00020 CW]
ORDER TO EXCLUDE TIME