1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

5
   1301 Clay Street, Suite 340-S
6 | Oakland, California 94612
   Telephone: (510) 637-3695
7 | Facsimile:  (510) 637-3724
   E-Mail:    Trevor.Rusin@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

UNITED STATES OF AMERICA,  )
                                      )   No. CR-06-00580 CW
         Plaintiff,   )
                                      )   Petition to Revoke Supervised Release
     v.   )
                                      )
ABSALON RODRIGUEZ-REYES,  )
                                      )   (Oakland Venue)
         Defendant.  )

UNITED STATES OF AMERICA,  )
                                     )
        Plaintiff,   )   No. CR-10-00020 CW
                                     )
     v.   )   Indictment Filed January 7, 2010
                                    )
ABSALON RODRIGUEZ-REYES,  )
                                     )   ORDER CONTINUING
                                    )   THE HEARING SET FOR AUGUST 26,
                                    )   2010, TO AUGUST 30, 2010 AND
                                    )   EXCLUDING TIME FROM SPEEDY
                                    )   TRIAL ACT CALCULATION
       Defendant.  )
                                    )   (Oakland Venue)

      Defendant Absalon Rodriguez-Reyes is scheduled to appear on the above-entitled

[*United States* v. *Rodriguez-Reyes*, CR 10-00020 CW]
ORDER TO CONTINUE HEARING AND EXCLUDE TIME

1  cases before the Hon. Donna M. Ryu on Thursday, August 26, 2010, for status. As the probation
2  office has all-day training scheduled for that date, and no probation officer would be able to
3  attend a hearing on August 26, 2010, the parties respectfully request that this court: (1) continue
4  the hearing scheduled for August 26, 2010, to August 30, 2010, at 10:00 a.m. before the Hon.
5  Donna M. Ryu, and (2) exclude the time from August 26, 2010, to August 30, 2010, from the
6  Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) for effective
7  preparation of counsel. Counsel for the defendant continues to review discovery and additional
8  research in this case.
9  As such, the parties stipulate, and request that the Court find and hold as follows:
10       1.   That the hearing scheduled for Thursday, August 26, 2010, in the above-entitled
11 cases, be continued to Monday, August 30, 2010, at 10:00 a.m. before the Hon. Donna M. Ryu.
12       2.   Given the circumstances, the ends of justice served by excluding the period from
13 August 26, 2010, to August 30, 2010, from Speedy Trial Act calculations outweighs the interests
14 of the public and the defendant to a speedy trial by allowing time for the defense to effectively
15 prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).
16       3.   Accordingly, with the consent of both parties, the Court orders that the period
17 from August 26, 2010, to August 30, 2010, be excluded from Speedy Trial Act calculations,
18 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).
19 STIPULATED:
20
21 DATED: August 25, 2010            _____/s/_____
                                     JOHN PAUL REICHMUTH
22                                   Attorney for Defendant Absalon Rodriguez-Reyes
23
   DATED: August 25, 2010            _____/s/_____
24                                   TREVOR L. RUSIN
                                     Special Assistant United States Attorney
25
        IT IS SO ORDERED.
26
27 DATED: 8/25/2010                  _____
                                     HON. DONNA M. RYU
28                                   United States Magistrate Judge

[*United States* v. *Rodriguez-Reyes*, CR 10-00020 CW]
ORDER TO CONTINUE HEARING AND EXCLUDE TIME