1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TREVOR L. RUSIN (CABN 241940)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3695
7       Facsimile:  (510) 637-3724
        E-Mail:    Trevor.Rusin@usdoj.gov
8

9  Attorneys for Plaintiff

10                     IN THE UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )
   |                                  )  No. CR-06-00580 CW
14 |               Plaintiff,         )
   |                                  )  Petition to Revoke Supervised Release
15 |        v.                        )
   |                                  )
16 | ABSALON RODRIGUEZ-REYES,          )
   |                                  )
17 |                                  )  (Oakland Venue)
   |                                  )
18 |               Defendant.         )
   |_____)
19
20 | UNITED STATES OF AMERICA,        )
   |                                  )
21 |               Plaintiff,         )  No. CR-10-00020 CW
   |                                  )
22 |        v.                        )  Indictment Filed January 7, 2010
   |                                  )
23 | ABSALON RODRIGUEZ-REYES,          )
   |                                  )  ORDER EXCLUDING
24 |                                  )  TIME FROM AUGUST 30, 2010, TO
   |                                  )  OCTOBER 18, 2010, FROM SPEEDY
25 |                                  )  TRIAL ACT CALCULATION (18 U.S.C. §
   |                                  )  3161(h)(7)(A) and (B))
26 |                                  )
   |               Defendant.         )
27 |_____)  (Oakland Venue)

28

[*United States* v. *Rodriguez-Reyes*, CR 10-00020 CW]
ORDER TO EXCLUDE TIME

1  For the reasons stated in open court and to which the parties stipulated on August 30, 2010, the Court ordered time excluded under the Speedy Trial Act from August 30, 2010, to October 18, 2010, for continuity of counsel and to allow defense counsel to investigate the matter and additional legal issues.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and review of discovery, taking into account the exercise of due diligence, and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:   9/2/10

HON. DONNA M. RYU
United States Magistrate Judge

[*United States* v. *Rodriguez-Reyes*, CR 10-00020 CW]
ORDER TO EXCLUDE TIME