1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  TREVOR L. RUSIN (CABN 241940)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3695
7       Facsimile:  (510) 637-3724
        E-Mail:     Trevor.Rusin@usdoj.gov
8
9  Attorneys for Plaintiff

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           )
   |                                      )   No. CR-06-00580 CW
14 |                  Plaintiff,          )
   |                                      )   Petition to Revoke Supervised Release
15 |           v.                         )
   |                                      )
16 | ABSALON RODRIGUEZ-REYES,             )
   |                                      )
17 |                                      )   (Oakland Venue)
   |                                      )
18 |                  Defendant.          )
   |_____)
19
20 | UNITED STATES OF AMERICA,            )
   |                                      )
21 |                  Plaintiff,          )   No. CR-10-00020 CW
   |                                      )
22 |           v.                         )   Indictment Filed January 7, 2010
   |                                      )
23 | ABSALON RODRIGUEZ-REYES,             )
   |                                      )   ORDER EXCLUDING
24 |                                      )   TIME FROM OCTOBER 18, 2010, TO
   |                                      )   NOVEMBER 10, 2010, FROM SPEEDY
25 |                                      )   TRIAL ACT CALCULATION (18 U.S.C. §
   |                                      )   3161(h)(7)(A) and (B))
26 |                                      )
   |                  Defendant.          )
27 |_____)   (Oakland Venue)

28

[*United States* v. *Rodriguez-Reyes*, CR 10-00020 CW]
ORDER TO EXCLUDE TIME

1  For the reasons stated in open court and to which the parties stipulated on October 18, 2010, the Court ordered time excluded under the Speedy Trial Act from October 18, 2010, to November 10, 2010, for continuity of counsel and to allow defense counsel to investigate the matter and additional legal issues.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and review of discovery, taking into account the exercise of due diligence, and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 10/20/2010

HON. DONNA M. RYU
United States Magistrate Judge

[*United States* v. *Rodriguez-Reyes*, CR 10-00020 CW]
ORDER TO EXCLUDE TIME