1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JENNIFER GASPAR (CABN 266726)
   Special Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, CA 94612
6       Telephone: (510) 637-3680
        Fax: (510) 637-3724
7       E-Mail: jennifer.gaspar@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR10-00020 CW; CR06-00580 CW
14                                     )
          Plaintiff,                   )
15                                     )   MOTION TO CONTINUE SENTENCING
       v.                              )   DATE TO JUNE 22, 2011, AND
16                                     )   [PROPOSED] ORDER
   ABSALON RODRIGUEZ-REYES,            )
17                                     )
          Defendant.                   )
18 _____)

19
20      The United States respectfully requests that this Court continue the sentencing date in the

21 above-caption matters from June 1, 2011, to June 22, 2011, at 2:00 p.m.

22      Defendant Absalon Rodriguez-Reyes pleaded guilty to one count of 8 U.S.C. § 1326(a)

23 and to violating the terms of supervised release on December 1, 2010. There is no plea

24 agreement in this matter. The United States Probation Office ("Probation") informed counsel for

25 the United States on May 26, 2011, after the United States and Defendant submitted sentencing

26 memoranda, that documents from Defendant's past convictions have not been obtained. The

27 probation officer requested a copy of Defendant's prior aggravated felony conviction, which is

28 not currently in the government's possession and needs to be obtained from the Superior Court of

1  Alameda.  That conviction record is necessary in order to establish the correct offense level in
2  this case.  The United States requests more time in order to obtain copies of the conviction record
3  and then provide copies to Probation, Defendant, and the Court.  The United States has
4  confirmed that counsel for Defendant and the probation officer will be available on June 22,
5  2011.

7  DATED: May 27, 2011

/s/
JENNIFER GASPAR
Special Assistant United States Attorney

## ORDER

The Court finds that the requested continuance is necessary to allow the United States and the United States Probation Office to obtain necessary records relating to a prior state court conviction.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 22, 2011, at 2:00 p.m., before the Honorable Claudia Wilken.

IT IS SO ORDERED.

May 31, 2011
Date

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

MOTION TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER
CR10-00020 CW; CR06-00580 CW                    2